Decided October 13, 1994

## IN RE FELICIA D.

The petition of the respondent mother Kathleen D. for certification for appeal from the Appellate Court, 35 Conn. App. 490 (AC 12593), is denied.

*Barbara J. Claire,* in support of the petition.

*Nina F. Elgo,* assistant attorney general, in opposition,

Decided October 13, 1994